UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, N.A.,<br><br>                    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | Case No.: 3:20-cv-02048-H-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR ISSUANCE OF REQUESTS FOR JUDICIAL ASSISTANCE**<br><br>**[ECF No. 60]** |

Before the Court is the parties' Joint Motion for Issuance of Requests for Judicial Assistance (Letters of Request). ECF No. 60. Defendant JPMorgan Chase Bank, N.A. ("Defendant") requests that the Court issue Letters of Request directed to two separate Brazilian companies, Gas Verde, S.A. ("Gas Verde") and Banco Bradesco, S.A. ("Banco Bradesco"), pursuant to 28 U.S.C. § 1781 and the Hague Convention of March 18, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters. *See id.* The specific documents that Defendant seeks to obtain from Gas Verde and Banco Bradesco are listed in Schedule A attached to the proposed Letters of Request (ECF No. 60-1 at 9, 17), and include documents and communications concerning (1) a letter of credit (the "LC") obtained by Gas Verde

from Banco Bradesco for the benefit of FirmGreen Energy International Holdings, Inc. ("FirmGreen"); (2) the confirmation (the "Confirmation") of the LC that was obtained by Banco Bradesco from Defendant at the request of Gas Verde; and (iii) the underlying transaction between Gas Verde and FirmGreen that was supported by the LC and the Confirmation.

Although Plaintiff disputes the relevance of the documents sought, Plaintiff has joined in the motion to expedite the process of issuing the Letters of Request, and the Court thus treats the request as unopposed.

Good cause appearing, the Court **GRANTS** the Joint Motion. The Court will date and sign the proposed Letters of Request accompanying the joint motion, attached hereto as Exhibit A (Letter of Request to Gas Verde) and Exhibit B (Letter of Request to Banco Bradesco). The Court further **DIRECTS** the Clerk of Court to authenticate the Court's signature by affixing the Court's seal thereto, and that the Letters of Request be thereafter returned by the Clerk to counsel for Defendant JPMorgan Chase Bank, N.A., with a copy to counsel for Zions Bancorporation, N.A.

**IT IS SO ORDERED.**

Dated: February 17, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, N.A., <br>                                   Plaintiff, <br> v. <br> JPMORGAN CHASE BANK, N.A., <br>                                 Defendant. | Case No.: 3:20-cv-2048-H-AHG <br><br> **LETTER OF REQUEST REGARDING GAS VERDE, S.A.** |

**THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PRESENTS ITS COMPLIMENTS TO THE SUPERIOR COURT OF JUSTICE, BRASÍLIA-DF BRAZIL AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE AS FOLLOWS:**

WHEREAS, a civil proceeding is pending before this Court in San Diego, California, United States, between plaintiff Zions Bancorporation, N.A. d/b/a California Bank & Trust ("CB&T"), on the one hand, and defendant JPMorgan Chase Bank, N.A. ("JPMC"), on the other hand;

WHEREAS, this proceeding concerns a letter of credit (the "LC") issued in Brazil by Banco Bradesco, S.A. ("Banco Bradesco") on behalf of Gas Verde, S.A. ("Gas Verde") for the benefit of FirmGreen Energy International Holdings, Inc. ("FirmGreen");

WHEREAS, JPMC agreed to act as confirming bank in the United States under the LC;

WHEREAS, CB&T contends that it entered into a Discount Agreement with FirmGreen (the "Discount Agreement") to purchase FirmGreen's rights, title, and interest in and to the LC, as well as FirmGreen's right to receive payment under the LC;

WHEREAS, JPMC believes that FirmGreen committed material fraud insofar as it did not ship the required goods to Gas Verde for which the LC and confirmation thereof were to support Gas Verde's obligation to pay for such goods;

WHEREAS, Gas Verde obtained an injunction in Brazil that JPMC believes restrains and prohibits Banco Bradesco and JPMC from making payment under the LC and the Confirmation on the basis of possible fraud in the underlying transaction. *See* Processo 0055361-04.2017.8.19.0001 *(32ª Vara Cível da Comarca do Rio de Janeiro, RJ), Apelação 0055361-04.2017.8.19.0001 (14ª Câmara Cível do Tribunal de Justiça do Estado do Rio de Janeiro).*

WHEREAS, notwithstanding the injunction, CB&T has claimed that JPMC is

liable for breach of contract because it failed to honor a draw request by CB&T under JPMC's confirmation of the LC;

WHEREAS, JPMC has claimed, in defense, that because FirmGreen did not ship the required goods for which the LC and the Confirmation were to act as payment, honoring the draw request by CB&T would have facilitated a material fraud by FirmGreen;

WHEREAS, it has been shown to this Court that the production of certain documents by Gas Verde, identified in the attached Schedule "A," is relevant to JPMC's defenses;

WHEREAS, it has been shown to this Court that the evidence sought to be obtained from Gas Verde cannot be obtained by any other method and there is a substantial likelihood that the desired evidence will be obtained in the manner proposed;

WHEREAS, the documents and communications sought in Schedule "A" are sufficiently specific, and their production would be neither contrary to public policy nor unduly burdensome to Gas Verde;

WHEREAS, JPMC will reimburse the judicial authorities for costs incurred in executing this letter of request;

AND, WHEREAS, the courts of the United States are authorized by statute to extend similar assistance to the tribunals of Brazil (*see* 28 U.S.C. § 1782);

WE THEREFORE REQUEST that, in furtherance of justice, you cause Gas Verde to produce the documents described in Schedule "A" hereto, to the attorneys acting as Brazilian counsel for JPMC in this matter, Manassero Campello Advogados, electronically (by email: campello@manasserocampello.com.br), or in hard copy (at Av. Eng. Luis Carlos Berrini, 105, 26º andar - Berrini ONE - Itaim Bibi CEP 04571-010, São Paulo – SP). It is the understanding of this Court that assistance of the type sought herein is authorized by the Internal Rules of the Superior Court of

Justice in Brazil, and by the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters enacted in Brazil on April 27, 2017 through Decree No. 9.039/2017.

IT IS FURTHER REQUESTED that, to be of value to this Court under United States Federal Rules of Evidence, Rules 803(6) and 902(12), you cause Gas Verde to execute the "Certification" annexed hereto in a manner that, if falsely made, would subject the maker to criminal penalty under the laws of Brazil, such being necessary in order to authenticate the documents so that they can be admitted into evidence.

THE UNITED STATES DISTRICT COURT for the Southern District of California extends to the judicial authorities of Brazil the assurances of its highest consideration.

Dated:   San Diego, California
         February 17, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge

# SCHEDULE "A"

**Request No. 1:** All documents and communications concerning the agreements between Gas Verde and FirmGreen for the purchase and shipment of biogas conditioning equipment and transportation systems, including but not limited to:

(i) "Purchase and Sale and Other Covenants Agreement to Supply - Biogas Conditioning Units (Daughter Site Plants), the Biogas Trailer Offloading Station, Engineering Services and Spare Parts," dated 04/07/2015 and supplemented on 05/29/2015;

(ii) "Purchase and Sale and Other Covenants Agreement to Supply - the Biogas Transportation System (Titan XL Transportation Trailers)," dated 04/07/2015 and supplemented on 06/03/2015;

(iii) "Purchase and Sale and Other Covenants Agreement to Supply - the Biogas Conditioning Unit (Daughter Site Plant)," dated 04/07/2015.

**Request No. 2:** All documents and communications concerning the letter of credit obtained by Gas Verde from Banco Bradesco with FirmGreen as beneficiary (L/C No. 01511503585), including any amendments, waivers or modifications thereof, any drawings thereunder, or any payments thereunder.

**Request No. 3:** All documents and communications concerning any invoices rendered by FirmGreen to Gas Verde, including but not limited to Commercial Invoice No. 09-003-16 and Invoice No. 0110-0003.

**Request No. 4:** All documents and communications concerning the shipment of goods by FirmGreen to Gas Verde on the ship M/V BBC GEORGIA/AL1716, including the bill(s) of lading, packaging list(s), inspection report(s), certificate(s) of origin, and any other documents regarding the shipped goods.

**Request No. 5:** All documents and communications concerning the nonconformity of the goods shipped, contracted to be shipped, or purported to be shipped by FirmGreen to Gas Verde.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, N.A. dba CALIFORNIA BANK & TRUST, a National Association,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a Delaware corporation,<br><br>    Defendant. | CASE NO:<br>3:20-cv-02048-H-AHG |

### CERTIFICATION AND DECLARATION PURSUANT TO UNITED STATES FEDERAL RULES OF EVIDENCE 803(6) AND 902(12)

I, _____, do hereby certify, under the laws of the Federative Republic of Brazil, Articles 297-299 of the Brazil Criminal Code, pursuant to which I am subject to criminal penalty if I (i) falsify any public document (Article 297 of the Brazilian Criminal Code); (ii) falsify any private document (Article 298 of the Brazilian Criminal Code); or (iii) make a false declaration or a declaration that is different from which should have been written with the purpose of breaching a right, creating an obligation, or changing the truth of a legally relevant fact (Article 299 of the Brazilian Criminal Code), as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Certification and Declaration. The information set out in this Certification and Declaration is based on my personal knowledge.

2. I am [_____JOB TITLE_____] at Gas Verde, S.A. ("Gas Verde"). As such, I am familiar with the record keeping practices of Gas Verde, as well as the internal systems employed to safeguard and maintain Gas Verde's records. Accordingly, I am duly authorized on behalf of Gas Verde to certify the foregoing and the following.

3. The attached documents, bearing page numbers _____ (the "Documents"), are, if not originals, true and accurate copies of such documents.

4. The Documents were: (i) made at or near the time of the events set forth in such Documents; (ii) created by, or from information transmitted by, someone with knowledge of the events or facts set forth in such Documents; (iii) kept in the course of regularly conducted activities of Gas Verde; and (iv) made as a regular practice of that activity.

_____
Name:
Title:
Date:


[CERTIFICATION]

# EXHIBIT B

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, N.A., <br> Plaintiff, <br> v. <br> JPMORGAN CHASE BANK, N.A., <br> Defendant. | Case No.:  3:20-cv-2048-H-AHG <br><br> **LETTER OF REQUEST REGARDING BANCO BRADESCO, S.A.** |

**THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA PRESENTS ITS COMPLIMENTS TO THE SUPERIOR COURT OF JUSTICE, BRASÍLIA-DF, BRAZIL AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE AS FOLLOWS:**

WHEREAS, a civil proceeding is pending before this Court in San Diego, California, United States, between plaintiff Zions Bancorporation, N.A. d/b/a California Bank & Trust ("CB&T"), on the one hand, and defendant JPMorgan Chase Bank, N.A. ("JPMC"), on the other hand;

WHEREAS, this proceeding concerns a letter of credit (the "LC") issued in Brazil by Banco Bradesco, S.A. ("Banco Bradesco") on behalf of Gas Verde, S.A. ("Gas Verde") for the benefit of FirmGreen Energy International Holdings, Inc. ("FirmGreen");

WHEREAS, JPMC agreed to act as confirming bank in the United States under the LC;

WHEREAS, CB&T contends that it entered into a Discount Agreement with FirmGreen (the "Discount Agreement") to purchase FirmGreen's rights, title, and interest in and to the LC, as well as FirmGreen's right to receive payment under the LC;

WHEREAS, JPMC believes that FirmGreen committed material fraud insofar as it did not ship the required goods to Gas Verde for which the LC and confirmation thereof were to support Gas Verde's obligation to pay for such goods;

WHEREAS, Gas Verde obtained an injunction in Brazil that JPMC believes restrains and prohibits Banco Bradesco and JPMC from making payment under the LC and the Confirmation on the basis of possible fraud in the underlying transaction. *See Processo 0055361-04.2017.8.19.0001 (32ª Vara Cível da Comarca do Rio de Janeiro, RJ), Apelação 0055361-04.2017.8.19.0001 (14ª Câmara Cível do Tribunal de Justiça do Estado do Rio de Janeiro).*

WHEREAS, notwithstanding the injunction, CB&T has claimed that JPMC

is liable for breach of contract because it failed to honor a draw request by CB&T under JPMC's confirmation of the LC;

WHEREAS, JPMC has claimed, in defense, that because FirmGreen did not ship the required goods for which the LC and the Confirmation were to act as payment, honoring the draw request by CB&T would have facilitated a material fraud by FirmGreen;

WHEREAS, it has been shown to this Court that the production of certain documents by Banco Bradesco, identified in the attached Schedule "A," is relevant to JPMC's defenses;

WHEREAS, it has been shown to this Court that the evidence sought to be obtained from Banco Bradesco cannot be obtained by any other method and there is a substantial likelihood that the desired evidence will be obtained in the manner proposed;

WHEREAS, the documents and communications sought in Schedule "A" are sufficiently specific, and their production would be neither contrary to public policy nor unduly burdensome to Banco Bradesco;

WHEREAS, JPMC will reimburse the judicial authorities for costs incurred in executing this letter of request;

AND, WHEREAS, the courts of the United States are authorized by statute to extend similar assistance to the tribunals of Brazil (*see* 28 U.S.C. § 1782);

WE THEREFORE REQUEST that, in furtherance of justice, you cause Banco Bradesco to produce the documents described in Schedule "A" hereto, to the attorneys acting as Brazilian counsel for JPMC in this matter, Manassero Campello Advogados, electronically (by email: campello@manasserocampello.com.br), or in hard copy (at Av. Eng. Luis Carlos Berrini, 105, 26º andar - Berrini ONE - Itaim Bibi CEP 04571-010, São Paulo – SP).  It is the understanding of this Court that assistance of the type sought herein is authorized by the Internal Rules of the Superior Court of Justice in Brazil, and by the Hague Convention on the Taking of

Evidence Abroad in Civil and Commercial Matters enacted in Brazil on April 27, 2017 through Decree No. 9.039/2017.

IT IS FURTHER REQUESTED that, to be of value to this Court under United States Federal Rules of Evidence, Rules 803(6) and 902(12), you cause Banco Bradesco to execute the "Certification" annexed hereto in a manner that, if falsely made, would subject the maker to criminal penalty under the laws of Brazil, such being necessary in order to authenticate the documents so that they can be admitted into evidence.

THE UNITED STATES DISTRICT COURT for the Southern District of California extends to the judicial authorities of Brazil the assurances of its highest consideration.

Dated:  San Diego, California

February 17, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge

# SCHEDULE "A"

**Request No. 1:** All documents and communications concerning the letter of credit issued by Banco Bradesco for Gas Verde with FirmGreen as beneficiary (L/C No. 01511503585), including any amendments, waivers or modifications thereof, any drawings thereunder, or any payments thereof.

**Request No. 2:** All documents and communications concerning the agreements between Gas Verde and FirmGreen for the purchase and shipment of biogas conditioning equipment and transportation systems, including but not limited to:

> (i) "Purchase and Sale and Other Covenants Agreement to Supply - Biogas Conditioning Units (Daughter Site Plants), the Biogas Trailer Offloading Station, Engineering Services and Spare Parts," dated 04/07/2015 and supplemented 05/29/2015;

> (ii) "Purchase and Sale and Other Covenants Agreement to Supply - the Biogas Transportation System (Titan XL Transportation Trailers)," dated 04/07/2015 and supplemented 06/03/2015;

> (iii) "Purchase and Sale and Other Covenants Agreement to Supply - the Biogas Conditioning Unit (Daughter Site Plant)," dated 04/07/2015.

**Request No. 3:** All documents and communications concerning any invoices rendered by FirmGreen to Gas Verde, including but not limited to Commercial Invoice No. 09-003-16 and Invoice No. 0110-0003.

**Request No. 4:** All documents and communications concerning the shipment of goods by FirmGreen to Gas Verde on the ship M/V BBC GEORGIA/AL1716, including the bill(s) of lading, packaging list(s), inspection report(s), certificate(s) of origin, and any other documents regarding the shipped goods.

**Request No. 5:** All documents and communications concerning the nonconformity of the goods shipped, contracted to be shipped, or purported to be shipped by FirmGreen to Gas Verde.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ZIONS BANCORPORATION, N.A. dba CALIFORNIA BANK & TRUST, a National Association,

   Plaintiff,

   v.

JPMORGAN CHASE BANK, N.A., a Delaware corporation,

   Defendant.

CASE NO: 3:20-cv-02048-H-AHG

## CERTIFICATION AND DECLARATION PURSUANT TO UNITED STATES FEDERAL RULES OF EVIDENCE 803(6) AND 902(12)

I, _____, do hereby certify, under the laws of the Federative Republic of Brazil, Articles 297-299 of the Brazil Criminal Code, pursuant to which I am subject to criminal penalty if I (i) falsify any public document (Article 297 of the Brazilian Criminal Code); (ii) falsify any private document (Article 298 of the Brazilian Criminal Code); or (iii) make a false declaration or a declaration that is different from which should have been written with the purpose of breaching a right, creating an obligation, or changing the truth of a legally relevant fact (Article 299 of the Brazilian Criminal Code), as follows:

5.  I am over 18 years of age, of sound mind, and otherwise competent to make this Certification and Declaration. The information set out in this Certification and Declaration is based on my personal knowledge.

6.  I am [_____JOB TITLE_____] at Banco Bradesco, S.A. ("Banco Bradesco"). As such, I am familiar with the record keeping practices of Banco Bradesco, as well as the internal systems employed to safeguard and maintain Banco Bradesco's records. Accordingly, I am duly authorized on behalf of Banco Bradesco to certify the foregoing and the following.

7.  The attached documents, bearing page numbers _____ (the "Documents"), are, if not originals, true and accurate copies of such documents.

8.  The Documents were: (i) made at or near the time of the events set forth in such Documents; (ii) created by, or from information transmitted by, someone with knowledge of the events or facts set forth in such Documents; (iii) kept in the course of regularly conducted activities of Banco Bradesco; and (iv) made as a regular practice of that activity.

_____
Name:
Title:
Date:

[CERTIFICATION]